CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

*2:18cr30 KS-MTP*

**RELATED CASE INFORMATION:**

CITY: _HATTIESBURG_

SUPERSEDING INDICTMENT _____ DOCKET # _____

SAME DEFENDANT _____ NEW DEFENDANT _____

COUNTY: _LAMAR_

MAGISTRATE JUDGE CASE NUMBER _____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 08 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

JUVENILE:_____ YES _X_ NO

MATTER TO BE SEALED: _____YES _X_ NO

NAME/ALIAS: _THOMAS EDWARD SPELL, JR._

**U.S. ATTORNEY INFORMATION:**

AUSA _MARY HELEN WALL_        BAR # _100857_

INTERPRETER: _X_ NO _____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**        ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_        _____PETTY _____MISDEMEANOR    _1_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 _18:1349.F_ | _18 USC § 1349_ | _Attempt and Conspiracy_ | _1_ |
| Set 2 _____ | _____ | _____ | _____ |

Date: _8-2-18_    **SIGNATURE OF AUSA:** _Mary Helen Wall_

Revised 2/26/2010