PRAECIPE FOR SUMMONS


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 08 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 2:18cr30-KS-MTP

THOMAS EDWARD SPELL, JR.
(wherever found)

The Clerk of said Court will issue summons returnable on August 9, 2018 at 10:15 a.m.,

before Michael T. Parker, United States Magistrate Judge at 701 North Main Street, Ste. 200,

Hattiesburg, Mississippi, an information against the above-named defendant having been filed in

the above-entitled cause on _Aug 8_____, 2018.

This _____ day of August, 2018.

D. MICHAEL HURST, JR.
United States Attorney

By: _____Mary Helen Wall_____
Mary Helen Wall
Assistant U. S. Attorney
MSB # 100857

Summons issued: _8-8-18___

(MHW/FBI)